■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS FUENTES, Appellant. [842 NYS2d 923]—Appeal by the defendant from an order of the County Court, Suffolk County (Crecca, J.), dated August 15, 2006, which denied his motion, inter alia, pursuant to CPL 440.30 (1-a) for DNA testing.

Ordered that the order is affirmed.

The County Court properly denied the defendant's motion, inter alia, pursuant to CPL 440.30 (1-a) for DNA testing since the defendant failed to show that there was a reasonable probability that the verdict would have been more favorable to him had the DNA test results been admitted into evidence at trial (*see* CPL 440.30 [1-a]; *People v Brown,* 36 AD3d 961, 962 [2007]; *People v Bailey,* 35 AD3d 491, 492 [2006], *lv denied* 8 NY3d 943 [2007]; *People v Mattocks,* 15 AD3d 676, 677 [2005]; *People v Rispoli,* 1 AD3d 538, 539 [2003]).

The defendant's remaining contention is without merit. Crane, J.P., Spolzino, Krausman and McCarthy, JJ., concur.